# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIRARD FLYNN,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DEBBIE ASUNCION,<br><br>　　　　　Respondent. | Case No. LA CV 15-03283 VBF (JCG)<br><br>**ORDER**<br><br>Adopting the Report & Recommendation;<br>Denying the Habeas Corpus Petition;<br><br>Denying Document #19 as Moot;<br>Denying Document #21 as Moot;<br><br>Terminating the Case (JS-6);<br>Directing Entry of Separate Final Judgment;<br><br>Denying Certificate of Appealability |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation ("R&R"), [Dkt. No. 31], Petitioner's Objections to the Report and Recommendation ("Objections"), [Dkt. No. 33], and the remaining record, and has made a *de novo* determination.

1

Petitioner's Objections generally reiterate the same arguments made in the Petition, and lack merit for the reasons set forth in the R&R.[1] There is one issue however, that warrants brief discussion here.

In his Objections, Petitioner takes issue with the notion that some of his claims might not have been exhausted. (*See* Objections at 1.) However, as explained in the R&R, the Court has exercised its discretion to deny such claims on the merits, without making any conclusive determination as to whether they have been exhausted in state court, pursuant to *Cassett v. Stewart,* 406 F.3d 614, 623-34 (9th Cir. 2005). (*See* R&R at 6 n.4.) As such, Petitioner's focus on "show[ing] that [he] did exhaust [his] remedies" is misplaced and moot.

**Accordingly, IT IS ORDERED THAT:**

**The Report and Recommendation is ADOPTED.**

The petition for a writ of habeas corpus is **DENIED**.

Petitioner's motion to stay case **(Document #19) is DENIED as moot.**

Petitioner's motion to appoint counsel **(Document #21) is DENIED as moot.**

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

---

[1] Petitioner does not explain, and the Court does not see, how the documents attached to the Objections — many of which are and have been part of the record — do anything other than reiterate the same arguments that the Court already addressed in the R&R. (*See* Objections at 7-159); *see also Rabb v. Lopez*, 2012 WL 5289593, at *1 (C.D. Cal. Oct. 25, 2012) (accepting the findings and recommendations of the Magistrate Judge because "[t]hose documents [attached to Petitioner's Objections] appear to be the same ones that were attached to the Petition; the Court already has taken them into consideration").

**Thus, the Court declines to issue a certificate of appealability.**

Separate final judgment will be entered in favor of the respondent.

The case shall be **TERMINATED and CLOSED (JS-6).**

Dated: Monday, January 23, 2017

*Valerie Baker Fairbank*

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

3