JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIRARD FLYNN,<br><br>    Petitioner,<br><br>    v.<br><br>DEBBIE ASUNCION,<br><br>    Respondent. | Case No. LA CV 15-03283 VBF (JCG)<br><br>**JUDGMENT** |

Pursuant to this Court's contemporaneously issued Order Overruling Petitioner's Objections, Adopting the R&R, Denying the Habeas Corpus Petition, Denying Document 19 as Moot, Denying Document 21 as Moot, Denying a Certificate of Appealability, Terminating the Case, and Directing the Entry of Separate Final Judgment, **final judgment is hereby entered in favor of the respondent and against petitioner Girard Flynn.**

Dated: Monday, January 23, 2017

                                            /s/ Valerie Baker Fairbank

                                            HON. VALERIE BAKER FAIRBANK<br>
                                            UNITED STATES DISTRICT JUDGE